JUDGE JONES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: NOV 1 6 2007
```

UNITED STATES OF AMERICA         :    INDICTMENT

    - v. -                       :    07 Cr. ____

CHARLES L. MANLEY, JR.,           :
    a/k/a "Smokey,"                         **07 CRIM 1049**
                                  :
    Defendant.
                                  :
- - - - - - - - - - - - - - - - x

COUNT ONE

The Grand Jury charges:

On or about August 28, 2007, in the Southern District of New York, CHARLES L. MANLEY, JR., a/k/a "Smokey," the defendant, after having been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, to wit, attempted criminal sale of a controlled substance in the third degree, in violation of New York Penal Law 220.39, in New York Supreme Court, Schenectady County, unlawfully, willfully, and knowingly, did possess in and affecting commerce, a firearm, to wit, a .380 caliber Davis pistol, which previously had been shipped and transported in interstate and foreign commerce.

(Title 18, United States Code, Section 922(g)(1).)

_____                _____
FOREPERSON                             MICHAEL J. GARCIA
                                       United States Attorney

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

UNITED STATES OF AMERICA

- v. -

CHARLES L. MANLEY, JR.,
a/k/a "Smokey,"

Defendant.

INDICTMENT

07 Cr.

(18 U.S.C. § 922(g)(1))

MICHAEL J. GARCIA
United States Attorney.

**A TRUE BILL**

_____
Foreperson.

*[Handwritten:]* Nov. 16, 2007
Indictment filed.
Case assig to Judge Jones.
Freeman, USMJ